UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE NOEL** | **CIVIL ACTION** |
| versus | **NO. 12-2340** |
| **NATE CAIN, WARDEN,** | **SECTION: "E" (1)** |
| **AVOYELLES CORRECTIONAL CENTER** | |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Tyrone Noel** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of June, 20__.

_____
**UNITED STATES DISTRICT JUDGE**